IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM MUNOZ,<br><br>　　　　Petitioner,<br><br>vs.<br><br>R. LOPEZ,<br><br>　　　　Respondent.<br>_____/ | 1:12-cv-1180-BAM (HC)<br><br>ORDER DISREGARDING<br>APPLICATION TO PROCEED<br>IN FORMA PAUPERIS<br>AS MOOT<br><br>(DOCUMENT #5) |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254.

On July 23, 2012, petitioner filed an application to proceed in forma pauperis. Due to the fact that the court authorized in forma pauperis in the present case on July 20, 2012, IT IS HEREBY ORDERED THAT petitioner's application of in forma pauperis, is DISREGARDED AS MOOT.

IT IS SO ORDERED.

Dated:   **July 30, 2012**　　　　　　　　　　**/s/ Barbara A. McAuliffe**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE